The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

MAXX HOCKENBERRY,

    Plaintiff,

v.

THE BOSTON BEER COMPANY, INC.,

    Defendant.

Case No. 2:24-cv-00141-JLR

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Deadline for Defendant to File Responsive Pleading, and the Court having reviewed the Stipulated Motion and for good cause shown:

IT IS SO ORDERED that for good cause shown, the Stipulated Motion for Extension of Time to File Responsive Pleading is GRANTED.  <u>Defendant may have an additional thirty (30) days to file a responsive pleading, up to and including June 24, 2024.</u>

DATED this 22nd day of May, 2024,

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIP. MOT. TO
EXTEND DEADLINE TO FILE RESPONSIVE PLEADING - 1
2:24-CV-00141-JLR

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

1  *Presented by:*

2

3  s/ *Derek A. Bishop*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com

4  Derek A. Bishop, WSBA #39363
debishop@littler.com

5  Breanne F. Lynch, WSBA #55242
blynch@littler.com

6

7  LITTLER MENDELSON, P.C.
One Union Square

8  600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone:   206.623.3300

9  Facsimile:    206.447.6965

10  Attorneys for Defendant

11

12  s/ *Ashley M. Pileika*
Darrell L. Cochran, WSBA #22851

13  Patrick A. Brown, WSBA #56627
PFAU COCHRAN VERTETIS AMALA PLLC

14  909 A Street, Ste. 700
Tacoma, WA 98402

15  Tel: 253-777-0799
darrell@pcvalaw.com

16  pbrown@pcvalaw.com

17  Ashley M. Pileika, *pro hac vice*

18  Darren Wolf, *pro hac vice* forthcoming
LAW OFFICE OF DARREN WOLF, P.C.

19  1701 N. Market St., #210
Dallas, TX 75202

20  Tel: 214-346-5355
ashley@darrenwolf.com

21  Darren@darrenwolf.com

22  Attorneys for Plaintiff

23

24

25

26

[PROPOSED] ORDER GRANTING STIP. MOT. TO
EXTEND DEADLINE TO FILE RESPONSIVE PLEADING - 2
2:24-CV-00141-JLR

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300