The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MAXX HOCKENBERRY,

    Plaintiff,

v.

THE BOSTON BEER COMPANY, INC.,

    Defendant.

Case No. 2:24-cv-00141-JLR

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE**

NOTED ON MOTION CALENDAR:
June 24, 2024

    The parties, Plaintiff Maxx Hockenberry and Defendant The Boston Beer Company, Inc., stipulate and move to request that the Court dismiss the above-entitled action in its entirety without prejudice and without costs or attorneys' fees to either party.

    Dated: June 24, 2024

*s/Breanne F. Lynch*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Derek A. Bishop, WSBA #39363
debishop@littler.com
Breanne F. Lynch, WSBA #55242
blynch@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*s/Ashley M. Pileika*
Darrell L. Cochran, WSBA #22851
Patrick A. Brown, WSBA #56627
PFAU COCHRAN VERTETIS AMALA PLLC
909 A Street, Ste. 700
Tacoma, WA 98402
Tel: 253-777-0799
darrell@pcvalaw.com
pbrown@pcvalaw.com

STIPULATED MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE - 1
2:24-CV-00141-JLR

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

Ashley M. Pileika, *pro hac vice*
Darren Wolf, pro hac vice pending
LAW OFFICE OF DARREN WOLF, P.C.
1701 N. Market St., #210
Dallas, TX 75202
Tel: 214-346-5355
ashley@darrenwolf.com
Darren@darrenwolf.com

Attorneys for Plaintiff

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2
2:24-CV-00141-JLR

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

**ORDER**

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, without prejudice and without costs or fees to either party.

Dated: June 24, 2024

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

| | |
|---|---|
| *s/Breanne F. Lynch* | *s/Ashley M. Pileika* |
| Ryan P. Hammond, WSBA #38888 | Darrell L. Cochran, WSBA #22851 |
| rhammond@littler.com | Patrick A. Brown, WSBA #56627 |
| Derek A. Bishop, WSBA #39363 | PFAU COCHRAN VERTETIS AMALA PLLC |
| debishop@littler.com | 909 A Street, Ste. 700 |
| Breanne F. Lynch, WSBA #55242 | Tacoma, WA 98402 |
| blynch@littler.com | Tel: 253-777-0799 |
| LITTLER MENDELSON, P.C. | darrell@pcvalaw.com |
| One Union Square | pbrown@pcvalaw.com |
| 600 University Street, Suite 3200 | |
| Seattle, WA 98101.3122 | |
| Phone: 206.623.3300 | Ashley M. Pileika, *pro hac vice* |
| Fax:    206.447.6965 | Darren Wolf, pro hac vice pending |
| | LAW OFFICE OF DARREN WOLF, P.C. |
| Attorneys for Defendant | 1701 N. Market St., #210 |
| | Dallas, TX 75202 |
| | Tel: 214-346-5355 |
| | ashley@darrenwolf.com |
| | Darren@darrenwolf.com |
| | |
| | Attorneys for Plaintiff |

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE - 3
2:24-CV-00141-JLR

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300